## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

MATTHEW D. WARDER,

    Plaintiff,

-vs-                                                               Case No.  8:11-CV-291-T-30TBM

MATTHEW KRAMP, et al.,

    Defendants.
_____/

## ORDER

This matter is before the Court on a *sua sponte* review of this case.  On April 25, 2011, this case was stayed and administratively closed pending resolution of the applicable Florida criminal proceedings against Plaintiff (see Dkt. 4).  In his status reports to the Court, Plaintiff asserts that the criminal proceedings against him were dismissed and remain inactive (see Dkts. 19-23).

ACCORDINGLY, it is **ORDERED** that:

1. The **Clerk** is directed to **REOPEN** this case and return it to active status.

2. Within sixty (60) days of the date of this Order, Plaintiff shall effectuate service of a summons and the amended complaint upon each defendant against whom Plaintiff wishes to proceed in this lawsuit.[1]

---

[1] More than forty (40) defendants were named in the amended complaint (see Dkt. 12).  Plaintiff is cautioned that failure to timely perfect service without a showing of good cause for the delay may result in dismissal of the claims against the unserved defendant(s).

**DONE** and **ORDERED** in Tampa, Florida on July 18, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
<u>Copy furnished</u>:
Plaintiff *pro se*